# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2059
_____

JIVARO D. SMITH,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Shonna Young Gay, Judge.

May 20, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Deana K. Marshall of the Law Office of Deana K. Marshall, Riverview, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.